**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

DANIEL CASTRO, : No. 261 EAL 2020
:
Petitioner :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
LISA MARIE ROSADO, :
:
Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of May, 2021, the Petition for Allowance of Appeal is **DENIED**.